April 4, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

REM SERVICES, INC. AND RISE J. MONTRELL, Appellants

NO. 14-12-00724-CV                              V.

DR. AMER ZAHEER, Appellee

_____

       This cause, an appeal from the judgments in favor of appellee, Dr. Amer Zaheer, signed January 13, 2012 and April 27, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellants, REM Services, Inc. and Rise J. Montrell, jointly and severally, to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.